IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Karen Acosta,<br><br>  Plaintiff,<br><br>v.<br><br>Detox Center Enterprises LLC, et al.,<br><br>  Defendants. | No. CV-24-00032-PHX-ROS<br><br>**ORDER** |

The Court having been notified this matter has settled as to all parties, and a Stipulation Motion to Dismiss with Prejudice (Doc. 49) having been filed,

**IT IS ORDERED** the Rule 16 Interim Status Conference, set on May 6, 2025, at 10:00 a.m., is **VACATED**.

**IT IS FURTHER ORDERED** the Stipulated Motion to Dismiss (Doc. 49) is **GRANTED**. This case is **DISMISSED WITH PREJUDICE**, each party to bear their own costs and fees.

**IT IS FURTHER ORDERED** the Clerk of Court shall close this case.

Dated this 12th day of February, 2025.

Honorable Roslyn O. Silver
Senior United States District Judge